# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Henry Maddox, III,   Case No. 20-CV-0645 (SRN/HB)

    Plaintiff,

v.   **ORDER**

Josh Sather, RN-Nurse, Chisago Jail; Sgt. Lucas Anderson, Chisago County Jail, Badge No: 1358; Sgt. Richard Benson, Chisago County Jail, Badge No. 1343; John Grey, Assist-Admin, Chisago County Jail, Badge No. 1348; Tracy Armistead, Captain, Chisago County Jail, Badge No. 1015; Sarah Johnson, Inspection and Enforcement Unit, MN Department of Corrections; Sandi Lehman, Regional Nurse Manager (ACH) Advanced Correctional Healthcare; Matthew J. Meskan, Assistant Regional Nurse Manager (ACH) Advanced Correctional Healthcare; Gunnar Erickson, M.D. Ophthalmology: Total Eye Care; Michael Eichler, M.D. Ophthalmology: Total Eye Care; Ebenezer Tope Adebara, M.D. Fairview Lakes Emergency Department; Kathleen E. Karnowski, Court Administrator; Hon. Judge Suzanne Bollman, Judge of Chisago District Court; and Jacob Devermeyer, Intake Officer, Chisago County Jail, Badge NO. 1327,

    Defendants.

Harry Maddox III, General Delivery, St. Paul, MN 55101, Plaintiff *pro se*.

Jonathan P. Norrie and Sarah M. Hoffman, Bassford Remele, 100 South 5th Street, Suite 1500, Minneapolis, MN 55402-1254 for Defendant Josh Sather, Sandi Lehman, and Matthew J. Meslean.

Andrew A. Wolf and Stephanie A. Angolkar, Iverson Reuvers Condon, 9321 Ensign Ave. South, Bloomington, MN 55438 for Defendants Sgt. Lucas Anderson and Sgt. Richard Benson.

Christopher G. Angell and Richard J. Thomas, Burke & Thomas, P.L.L.P., 3900 Northwoods Drive, Suite 200, Arden Hills, MN 55112-6966 for Defendants Gunnar Erickson and Michael Eichler.

---

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer, dated December 1, 2020 [Doc. No. 61]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss brought by Defendants Gunnar Erickson, M.D. and Michael Eichler, M.D. [Doc. No. 23] is GRANTED.

2. The Rule 12(b)(6) Motion to Dismiss brought by Defendants Josh Sather, Sandi Lehman, and Matthew J. Meslean [Doc. No. 38] is GRANTED.

3. The Motion for Judgment on the Pleadings brought by Sgt. Lucas Anderson and Sgt. Richard Benson [Doc. No. 47] is GRANTED. and

4. All of Plaintiff's claims against Defendants are DISMISSED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 18, 2020

                                          <u>s/Susan Richard Nelson</u>
                                          SUSAN RICHARD NELSON
                                          United States District Judge